EVERETT WELLS, Appellant, v. REX A. RAMSEY, Respondent.— Appeal from an order of the Sullivan County Court, dated March 20, 1939, granting a motion by the defendant for a new trial upon the ground of newly-discovered evidence. The action is to recover the balance due for services in drilling a well 150 feet deep at two dollars per foot and on which $150 had already been paid. The answer admits an agreement by plaintiff to drill a well to a depth not to exceed 150 feet. A jury trial was had, which resulted in a judgment for the plaintiff for the balance claimed to be due him. The defendant moved for a new trial upon the ground of newly-discovered evidence. This evidence consists of the fact that after the trial the defendant had the well measured and he found it to be 153 feet. Defendant alleges that on the trial the plaintiff testified that the well was drilled to a depth of 175 feet, and plaintiff's affidavit shows that he did testify on the trial that when he finished drilling the well was 175 feet deep. No case was made, as required by rule 221 of the Rules of Civil Practice, and the presiding judge's minutes do not appear in the record now before us. The opinion of the trial judge, however, quotes a part of the evidence by the plaintiff to the effect that the well was 175 feet deep when finished, that the bill should have been $350, but he agreed to take $300, and that $300 is all he charged the defendant for the entire job. No satisfactory reason is given as to why the defendant could not have measured the well at any time before trial. In the light of all these facts we find no justification for another trial of this action. Order reversed, with ten dollars costs, and motion denied, with ten dollars costs. Hill, P. J., Crapser, Bliss and Heffernan, JJ., concur.

ROBERT MCDOUGALL, Appellant, v. J. F. COLEBECK and WILLIAM TAUZEL, Respondents. ANNA MCDOUGALL, Appellant, v. J. F. COLEBECK and WILLIAM TAUZEL, Respondents. CHRISTINA MCDOUGALL, an Infant Fourteen Years of Age, by ROBERT MCDOUGALL, Her Guardian Ad Litem, Appellant, v. J. F. COLEBECK and WILLIAM TAUZEL, Respondents.— The plaintiffs have appealed from an order of the Otsego Special Term of the Supreme Court changing the place of trial of the above actions from the county of Schoharie to the county of Otsego for the convenience of witnesses and the promotion of the ends of justice. These actions arose out of a collision between an automobile in which the plaintiffs were passengers and a truck owned by defendant Colebeck and driven by the codefendant Tauzel. The cause of action arose in Otsego county. The order appealed from is a discretionary one. Order unanimously affirmed, with ten dollars costs and disbursements. Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

FRANK DEYO and ELSIE DEYO, Respondents, v. RAYMOND SEAGFRID, Appellant. —This is an appeal from a judgment in favor of the plaintiffs adjudging that the plaintiffs were the owners of the title to the lands in Deyo Park from the physical " bank " to the shore line in the westerly half of the Deyo farm; that the defendant is entitled, as an appurtenance of his lots, to the use of such land between the bank and the shore line for access to the lake in common with the other owners of lots adjoining said Deyo Park. Judgment and order appealed from unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.